**DIAMOND McCARTHY LLP**
Stephen T. Loden (*pro hac vice*)
Andrew B. Ryan (*pro hac vice*)
Michael Fishel (*pro hac vice*)
909 Fannin, 15th Floor
Houston, TX 77010
Telephone: 713-333-5100
Facsimile: 713-333-5199
sloden@diamondmccarthy.com
aryan@diamondmccarthy.com
mfishel@diamondmccarthy.com
*Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

**KORNFIELD, NYBERG, BENDES & KUHNER, P.C.**
Eric A. Nyberg, Esq. (Bar No. 131105)
Chris D. Kuhner, Esq. (Bar No. 173291)
1970 Broadway, Suite 225
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669
*Local Counsel for Allan B. Diamond,
Chapter 11 Trustee for Howrey LLP*

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>HOWREY LLP,<br><br>Debtor. | Case No: 11-31376 DM<br>Chapter 11<br>Hon. Dennis Montali |
| ALLAN B. DIAMOND, Chapter 11 Trustee For Howrey LLP,<br><br>Plaintiff,<br><br>v.<br><br>THERESA CORBIN, et al.,<br><br>Defendants. | Adv. P. No. 13-03163 DM<br><br><br><br>**STIPULATION OF DISMISSAL OF JEFFREY LENSER** |

Allan B. Diamond, the Chapter 11 Trustee in the above-captioned bankruptcy case and plaintiff in the above-captioned adversary proceeding (the "Trustee"), and Defendant Jeffrey Lenser ("Lenser") file this Stipulation of Dismissal under Fed. R. Bankr. P. 7041(a)(1)(A)(i).

**WHEREAS**, on June 4, 2013, the Trustee filed an original complaint against the defendants, including Lenser (the "Complaint").

**WHEREAS**, the Trustee and Lenser have entered into a Tolling Agreement that tolls the Trustee's claims against Lenser.

**WHEREAS**, this Stipulation does not affect any claims the Trustee may have, and is pursuing, against the remaining defendants.

**WHEREAS**, this case is not a class action, and no receiver has been appointed in this action.

**WHEREAS**, this case is not governed by any federal statute that requires an order of the Court for dismissal of the case.

**WHEREAS**, each party shall bear its own costs and attorneys' fees.

**WHEREAS,** it is hereby **STIPULATED** pursuant to Bankr. R. Civ. P. 7041(a)(1(A)(i) that Lenser is dismissed without prejudice.

**WHEREFORE,** the Trustee and Lenser request that the Court dismiss the Trustee's claims against Lenser without prejudice.

**Dated: July 30, 2013**            **DIAMOND McCARTHY LLP**

　　　　　　　　　　　　　　　　　　　　　　  */s/ Michael Fishel*
　　　　　　　　　　　　　　　　　　　　Andrew B. Ryan, Esq. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　Michael Fishel, Esq. *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　　909 Fannin, 15th Floor
　　　　　　　　　　　　　　　　　　　　Houston, TX 77010
　　　　　　　　　　　　　　　　　　　　Telephone: 713-333-5100
　　　　　　　　　　　　　　　　　　　　Facsimile: 713-333-5199
　　　　　　　　　　　　　　　　　　　　mfishel@diamondmccarthy.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Allan B. Diamond,*
　　　　　　　　　　　　　　　　　　　　*Chapter 11 Trustee for Howrey LLP*

Dated: July 30, 2013               JEFFREY LENSER

*(signature)*

Case: 13-03163    Doc# 15    Filed: 07/30/13    Entered: 07/30/13 13:27:31    Page 3 of 3